**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JOHN T. SISSON**                                                                          **PLAINTIFF**

**v.**                                          **No. 3:25-cv-00062-LPR-BBM**

**DAVIS,** *et al.*                                                                         **DEFENDANTS**

**ORDER**

On March 31, 2025, John T. Sisson, an inmate at the White River Correctional Center, filed

a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1]  On April 1, 2025, the Court entered an Order

directing Mr. Sisson to pay the $405 filing fee or file a motion to proceed *in forma pauperis* within

thirty (30) days.[2]  On April 15, 2025, a file-marked copy of a document sent to Mr. Sisson was

returned to the Court as undeliverable.[3]  A free-world forwarding address was provided.[4]  So, on

April 22, 2025, the Court entered an Order directing the Clerk to update Mr. Sisson's address of

record and directing Mr. Sisson to pay the $405 filing fee or file a free-world motion to proceed *in*

*forma pauperis* within thirty (30) days.[5]  The Court warned Mr. Sisson that his failure to comply

with the Order would result in the dismissal of his Complaint without prejudice.[6]

Mr. Sisson has not complied with, or otherwise responded to, the April 22, 2025 Order,

and the time for doing so has expired.  Accordingly, Mr. Sisson's Complaint is hereby

DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute.  The

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3).  The Order was entered by United States Magistrate Judge Benecia B. Moore.

[3] Returned Mail (Doc. 6).

[4] *Id.*

[5] Order (Doc. 7).  The Order was entered by Judge Moore.

[6] *Id.*

Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this

Order or the accompanying Judgment would not be taken in good faith.

    IT IS SO ORDERED this 5th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE